**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X

**HYPEFORTYPE, LTD.**                                         :

                                                             :

                                        Plaintiff,           :        **13-CV-5384**

          -against-                                          :        **(SLT) (SMG)**

                                                             :

**THE WALT DISNEY COMPANY,**                                 :

**and**                                                      :

**RIZON LTD.,**                                              :

                                                             :

                                        Defendants.          :

-------------------------------------------------------------------- X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the defendants having not answered or

otherwise moved and further to negotiations to resolve the above-captioned matter, Plaintiff

HypeForType Ltd. hereby voluntarily dismisses, the above-captioned action, as against the

Defendants THE WALT DISNEY COMPANY and RIZON, LTD, *with prejudice*, reserving all

rights and with each party bearing its own costs and attorneys' fees.

Date: <u>March 31, 2014</u>                         THE MARTINEZ GROUP PLLC

                                                   By: _____

                                                        Frank J. Martinez, Esq. (FJM-2149
                                                        *Attorney for Plaintiff*
                                                        *HypeForType Limited*

                                                   55 Washington Street, Suite 253-C
                                                   Brooklyn, New York 11201
SO ORDERED                                         718.797.2341 Telephone
                                                   855.553.7004 Facsimile
                                                   FM@martinezgroup.com


_____
                     U.S.D.J.

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, Voluntary Dismissal without prejudice was sent by electronic mail only to:


Gordon Goldsmith, Esq.
Beth Wilson, Esq.
Jon Y. Chow, Esq.
THE WALT DISNEY COMPANY
500 South Buena Vista Street
Burbank, California 91521
818.560.7300 Telephone
818.567.4843 Facsimile
gordon.goldsmith@disney.com
beth.wilson@disney.com
jon.y.chow@disney.com


Date: March 31, 2014

By:_____
Frank J. Martinez