IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HYPEFORTYPE, LTD.         :
                          :          13-CV-5384
           Plaintiff,     :          (SLT) (SMG)
   -against-              :
                          :
THE WALT DISNEY COMPANY,  :
and                       :
RIZON LTD.,               :
                          :
           Defendants.    :
------------------------------------------------------------------ X

BROOKLYN OFFICE

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the defendants having not answered or otherwise moved and further to negotiations to resolve the above-captioned matter, Plaintiff HypeForType Ltd. hereby voluntarily dismisses, the above-captioned action, as against the Defendants THE WALT DISNEY COMPANY and RIZON, LTD, *with prejudice*, reserving all rights and with each party bearing its own costs and attorneys' fees.

Date: March 31, 2014

THE MARTINEZ GROUP PLLC

By: _____

Frank J. Martinez, Esq. (FJM-2149
*Attorney for Plaintiff*
*HypeForType Limited*

55 Washington Street, Suite 253-C
Brooklyn, New York 11201
718.797.2341 Telephone
855.553.7004 Facsimile
FM@martinezgroup.com

SO ORDERED

   /s/(SLT)

_____ U.S.D.J.  3/31/14

{00022574 v.1}

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, Voluntary Dismissal without prejudice was sent by electronic mail only to:

Gordon Goldsmith, Esq.
Beth Wilson, Esq.
Jon Y. Chow, Esq.
THE WALT DISNEY COMPANY
500 South Buena Vista Street
Burbank, California 91521
818.560.7300 Telephone
818.567.4843 Facsimile
gordon.goldsmith@disney.com
beth.wilson@disney.com
jon.y.chow@disney.com

Date: March 31, 2014

By: _____
Frank J. Martinez

{00022574 v.1}